UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF LOUISIANA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| PHILIP SERPE, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 0:24-cv-61939-DSL |
| FEDERAL TRADE COMMISSION; AND HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC., | : | Hon. Judge David S. Leibowitz |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Philip Serpe, by and through counsel, hereby moves, pursuant to Fed. R. Civ. P. 65(a), for a preliminary injunction against Defendants Federal Trade Commission and the Horseracing Integrity and Safety Authority, Inc.

In support of his motion, Plaintiff submits a legal memorandum and proposed order herewith.

Respectfully submitted,

*/s/* Bradford J. Beilly
Bradford J. Beilly
Bradford J. Beilly, P.A.
1144 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 763-7000
Fax:   (954) 525-0404
Email: brad@beillylaw.com

J. Austin Hatfield (admitted *pro hac vice*)
Frost Brown Todd LLP
400 West Market Street, Suite 3200
Louisville, KY 40202
Phone: (502) 589-5400
Fax:   (502) 581-1087

Email: ahatfield@fbtlaw.com

*Counsel for Plaintiff Philip Serpe*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 23, 2024, the forgoing was electronically filed with the Clerk of the Court by using the CM/ECF System, which will effectuate service upon all persons, and served the same day via U.S. Mail, postage prepaid, upon the following:

Federal Trade Commission
c/o Hon. Markenzy Lapointe, U.S. Attorney
U.S. Attorney's Office, Southern District of Florida
500 East Broward Boulevard
Ft. Lauderdale, FL 33394

Federal Trade Commission
Attn: Civil Process Clerk
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Horseracing Integrity and Safety Authority, Inc.
John C. Roach, Registered Agent
176 Pasadena Drive
Building One
Lexington, KY 40503

                                                 */s/* Bradford J. Beilly
                                                 *Counsel for Plaintiff Philip Serpe*

0158832.0795288   4857-9426-2514v1