UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61939-LEIBOWITZ

**PHILIP SERPE,**
   *Plaintiff,*

v.

**FEDERAL TRADE COMMISSION
and HORSERACING INTEGRITY AND
SAFETY AUTHORITY, INC.,**
   *Defendants.*

_____/

**NOTICE SETTING HEARING**

PLEASE TAKE NOTICE that a hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 10] is scheduled for **Wednesday, April 10, 2025 at 2:00 p.m.** Counsel of record must appear in person at <u>Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301</u>.

**DONE AND ORDERED** in the Southern District of Florida this February 14, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record