UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:24-cv-61939-LEIBOWITZ

**PHILIP SERPE,**
 *Plaintiff*,

v.

**FEDERAL TRADE COMMISSION, et al.,**
 *Defendants*.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion To Amend Briefing Schedule [ECF No. 33] (the "Motion"), filed on March 26, 2025.

In the Motion, Plaintiff asks the Court to amend the briefing schedule [ECF No. 25] to require the parties to brief Plaintiff's private non-delegation claim (Count I of the Complaint) so that claim can be heard at the upcoming hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 10] ("PI hearing") on Count II of the Complaint (7th amendment challenge), scheduled for April 10, 2025. [*See* ECF No. 31].

Defendants oppose the Motion, chiefly on the grounds that Plaintiff's request comes two weeks prior to the April 20, 2025, PI hearing and over six weeks after the parties completed briefing on Plaintiff's motion for a preliminary injunction. [ECF No. 36 at 1]. Moreover, Defendants point out that Plaintiff has offered "no good explanation for waiting over three months after the Court set the briefing schedule to seek reconsideration of that order." [*Id.* at 1].

Upon due consideration of the Motion, the parties' papers, and the Court's briefing schedule, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion [**ECF No. 33**] is **DENIED**. The Court will proceed with the April 10, 2025, hearing as noticed. [*See* ECF Nos. 25, 31].

**DONE AND ORDERED** in the Southern District of Florida on April 7, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record