UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:24-cv-61939-LEIBOWITZ

PHILIP SERPE,

    Plaintiff,

v.

FEDERAL TRADE COMMISSION; AND
HORSERACING INTEGRITY AND
SAFETY AUTHORITY, INC.,

    Defendants.

_____/

## NOTICE OF STRIKING ECF NO. 44

    Counsel for Defendant, Horseracing Integrity and Safety Authority, Inc., files this Notice of Striking ECF No. 44, filed on May 8, 2025. Defendant became aware that the document was inadvertently filed under the incorrect party name. The corrected document has been refiled under ECF No. 45.

Dated: May 13, 2025                Respectfully submitted,

| | |
|---|---|
| Pratik A. Shah<br>  *Admitted Pro Hac Vice*<br>Lide E. Paterno<br>  *Admitted Pro Hac Vice*<br>AKIN GUMP STRAUSS<br>HAUER & FELD LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Phone: 202-887-4000<br>Fax: 202-887-4288<br>John C. Roach<br>  *Admitted Pro Hac Vice*<br>RANSDELL ROACH & ROYSE, PLLC<br>176 Pasadena Drive<br>Building One<br>Lexington, KY 40503<br>Phone: 859-854-3672<br>Fax: 859-276-4500 | s/ *Johnny P. ElHachem*<br>Johnny P. ElHachem<br>FL Bar No.: 1015837<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, Florida 33131<br>Phone: (305) 789-7583<br>Fax: (305) 789-7799<br>Email: johnny.elhachem@hklaw.com |

#521422716_v1