**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 0:24-cv-61939-LEIBOWITZ

PHILIP SERPE,

      Plaintiff,

v.

FEDERAL TRADE COMMISSION; AND
HORSERACING INTEGRITY AND
SAFETY AUTHORITY, INC.,

      Defendants.

_____/

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's order directing the parties to "submit a joint proposed schedule for this case," ECF No. 65, at 30, Plaintiff Philip Serpe and Defendants Federal Trade Commission and Horseracing Integrity and Safety Authority, Inc. hereby propose the following schedule:

- The parties will reach an agreement on any necessary stipulations of fact by December 15, 2025;

- Plaintiff will file a motion for summary judgment by February 6, 2026;

- Each Defendant will file a combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment by March 23, 2026;

- Plaintiff will file a combined opposition to Defendants' cross-motions for summary judgment and reply in support of his motion for summary judgment by April 22, 2026; and

- Each Defendant will file a reply in support of its cross-motion for summary judgment by May 22, 2026.

Each party reserves the right to request reasonable extensions as warranted by good cause.

Dated: November 26, 2025

 */s/ Bradford J. Beilly*
Bradford J. Beilly
Bradford J. Beilly, P.A.
1144 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 763-7000
Fax: (954) 525-0404
Email: brad@beillylaw.com

J. Austin Hatfield (*pro hac vice*)
Frost Brown Todd LLP
400 West Market Street, Suite 3200
Louisville, KY 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
Email: ahatfield@fbtlaw.com

*Counsel for Plaintiff Philip Serpe*

Respectfully submitted,

BRETT A SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 */s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Steet, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
E-mail: taylor.n.pitz@usdoj.gov

*Counsel to Federal Trade Commission*

 */s/ Johnny P. ElHachem*
Johnny P. ElHachem (FL Bar No.: 1015837)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: (305) 789-7583
Fax: (305) 789-7799
Email: johnny.elhachem@hklaw.com

Pratik A. Shah (*Admitted Pro Hac Vice*)
Lide E. Paterno (*Admitted Pro Hac Vice*)
AKIN GUMP STRAUSS
  HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
Phone: 202-887-4000
Fax: 202-887-4288

John C. Roach (*Admitted Pro Hac Vice*)
RANSDELL ROACH & ROYSE, PLLC
176 Pasadena Drive, Building One
Lexington, KY 40503
Phone:  859-854-3672
Fax:  859-276-4500

*Counsel to Horseracing Integrity and Safety Authority, Inc.*