**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 0:24-cv-61939-LEIBOWITZ

PHILIP SERPE,

Plaintiff,

v.

FEDERAL TRADE COMMISSION; AND HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC.,

Defendants.
_______________________________________/

**DEFENDANT FEDERAL TRADE COMMISSION'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Trade Commission ("FTC"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves for summary judgment on both claims in Plaintiff Philip Serpe's Complaint, ECF No. 1. Accompanying this motion are a supporting brief, a proposed order, and a Joint Response to Plaintiff's Statement of Material Facts and Supplemental Statement of Material Facts on behalf of the FTC and Defendant Horseracing Integrity and Safety Authority, Inc., filed pursuant to Local Rule 56.1.

Plaintiff has been charged with a violation of the Horseracing Integrity and Safety Authority's anti-doping and medication control rules, and he contends that his administrative proceedings violate the private nondelegation doctrine and the Seventh Amendment. As explained in the attached supporting brief, the Court should grant summary judgment to Defendants. In accordance with the private nondelegation doctrine, the Horseracing Integrity and Safety Act provides the FTC with the final say over all rules governing Plaintiff's proceedings and any final sanctions imposed; Plaintiff has not exhausted his administrative remedies or challenged final agency action that would create a cause of action under the Seventh Amendment, and his Seventh Amendment claim is unripe; and Plaintiff's

Seventh Amendment claim fails on the merits because his anti-doping violation is not analogous to any common law claim and falls within the public rights doctrine. No material facts are in dispute.

The FTC respectfully requests that the Court grant its Cross-Motion for Summary Judgment and deny Plaintiff's Expedited Motion for Summary Judgment.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
E-mail: taylor.n.pitz@usdoj.gov

*Counsel for the FTC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice