UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61939-LEIBOWITZ

PHILIP SERPE,

 *Plaintiff,*

v.

FEDERAL TRADE COMMISSION and
HORSERACING INTEGRITY AND SAFETY
AUTHORITY,

 *Defendants.*

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **Tuesday, June 2, 2026, at 10:00 a.m.** on the parties' cross-motions for summary judgment [ECF Nos. 82, 87, 89].  Counsel of record must appear **in person** at Courtroom 12-3, Wilke D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record