**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61939-LEIBOWITZ**

**PHILIP SERPE**,
*Plaintiff*,

*v.*

**FEDERAL TRADE COMMISSION,** ***et al.***,
*Defendants.*
______________________________/

**ORDER**

The Court held oral arguments on the pending motions for summary judgment [ECF Nos. 82, 87, 89] on June 2, 2026, at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 104]. The Court made rulings at the June 2, 2026 hearing, which are memorialized in this Order. To the extent that the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. **No later than July 1, 2026,** Plaintiff shall submit supplemental briefing (i) regarding whether an "access to Article III court" claim (as distinct from a Seventh Amendment claim) has been preserved or waived; (ii) whether he seeks leave to amend the Complaint [ECF No. 1]; and (iii) specifying the precise remedy or remedies he seeks on each claim in this action. With respect to the remedies sought for each claim, the parties shall explain the effect (if any) of Plaintiff's stipulation(s) and admission(s) in the arbitration proceeding under the HISA.

2. Defendants shall file a response to Plaintiff's supplemental brief **no later than August 1, 2026.**[1]

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

[1] Should Plaintiff file his brief prior to July 1, 2026, Defendants shall file their response no later than thirty (30) days from that date.