**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| **PHILIP SERPE**,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION, et al.**,<br><br>Defendants. | CIVIL ACTION NO. 0:24-CV-61939-DSL<br><br>HON. JUDGE LEIBOWITZ |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S**
**MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff Philip Serpe submits this notice of withdrawal of his June 25, 2026 Motion to Establish a Briefing Schedule (ECF No. 112). Since that motion was filed, the parties have conferred and agreed upon a proposed schedule to address Plaintiff's anticipated amended complaint and to provide for supplemental briefing. This agreed-upon proposed schedule is outlined in the parties' July 8, 2026 Joint Motion to Establish a Briefing Schedule (ECF No. 114). Plaintiff thus respectfully requests that his original Motion (ECF No. 112) be withdrawn.

DATED: July 8, 2026.

Respectfully submitted,

/s/ *Oliver J. Dunford*

OLIVER J. DUNFORD
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
(916) 503-9060
ODunford@pacificlegal.org

JOSHUA M. ROBBINS*
CHRISTOPHER CONDON*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 945-9524
JRobbins@pacificlegal.org
CCondon@pacificlegal.org

BRADFORD J. BEILLY
Bradford J. Beilly, P.A.
1144 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 763-7000
Fax: (954) 525-0404
brad@beillylaw.com

*Counsel for Plaintiff Philip Serpe*
**admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Florida using the CM/ECF system, which sent notifications of such filing to all registered CM/ECF users.

/s/ *Oliver J. Dunford*
OLIVER J. DUNFORD