**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61939-LEIBOWITZ**

**PHILIP SERPE**,

*Plaintiff*,

*v.*

**FEDERAL TRADE COMMISSION,** ***et al.***,

*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Establish Briefing Schedule [ECF No. 114] (the "Motion"), filed on July 8, 2026. The Court held a telephone conference on the Motion on July 16, 2026, during which counsel for the parties appeared and explained their respective positions on the proposed briefing schedule in light of the June 30, 2026, Final Decision of Defendant Federal Trade Commission and issues raised at oral argument on the pending motions for summary judgment. Upon due consideration of the parties' joint request, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 114**] is **GRANTED IN PART**.

2. The parties' cross-motions for summary judgment [**ECF Nos. 82, 87 & 89**] are **DENIED WITHOUT PREJUDICE**.

3. Plaintiff shall serve on Defendants a proposed amended complaint for Defendants' review, **no later than July 21, 2026**.

4. Defendants shall notify Plaintiff whether they consent to (or oppose) Plaintiff's proposed amendment to the complaint, **no later than July 24, 2026.**

5. Plaintiff shall file a motion for leave to amend the complaint in compliance with this

Court's Local Rules, **no later than July 31, 2026.** In addition to providing argument and authority in support of your respective positions on the motion, the parties should make sure to include the specific remedies sought on each claim in the proposed amended complaint and supporting authority for same.

6. After the Court rules upon Plaintiff's motion for leave to amend the complaint, the Court will set a summary judgment briefing schedule for all claims asserted in this action. In light of the proposed joint schedule and the July 16 telephone conference, the parties should expect to conform to an expedited summary judgment briefing schedule.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record